IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON MORRISON,

        Plaintiff,                    No. CIV S-06-2597 WBS EFB P

    vs.

LOU BLANAS, et al.,

        Defendants.             <u>ORDER</u>

        Plaintiff requests an extension of time to file an application to proceed *in forma pauperis* pursuant to the court's order filed December 12, 2006. *See* Fed. R. Civ. P. 6(b).

        Plaintiff's January 8, 2007 request is granted and plaintiff has 30 days from the date this order is served to file an application to proceed i*n forma pauperis*.

        So ordered.

Dated: January 12, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE