IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON MORRISON,

        Plaintiff,                  No. CIV S-06-2597 WBS EFB P

    vs.

LOU BLANAS, et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On October 24, 2007, the court found that service was appropriate for defendants McCoy, Kacalek, Painter, Treat, and Douglas. Plaintiff has returned service documents for all defendants except for Treat. Instead, plaintiff submitted a process receipt for defendant Black, against whom the court determined he had not stated a claim. Plaintiff was also instructed to submit, together with the summons and USM-285 service documents, six copies of the November 20, 2006, complaint. Plaintiff failed to do so.

        Accordingly, it is ORDERED that:

        1. Plaintiff is granted an additional 20 days from the date this order is served in which to submit a USM-285 form for defendant Treat and six copies of the November 20, 2006, complaint; and

1

2. The Clerk of the Court is directed to send to plaintiff one USM-285 form and one copy of the November 20, 2006, complaint.

Dated: December 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2